UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO PARTIDA, | No. 2:17-cv-0694 KJN P |
| Plaintiff, | |
| v. | ORDER |
| ALEXANDER LIU, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee of $350.00 plus the $50.00 administrative fee.[1] See 28 U.S.C. §§ 1914(a), 1915(a). Therefore, plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the required fees totaling $400.00.

In his complaint, plaintiff claims that he has made multiple efforts to obtain a certified trust account statement. (ECF No. 1 at 8.) The revised in forma pauperis application form includes a section that must be completed by a prison official, which must be accompanied by a

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not required to pay the $50.00 administrative fee.

1  certified copy of the prisoner's prison trust account statement for the six-month period

2  immediately preceding the filing of this action.  However, this section is for non-CDCR

3  incarcerated prisoners only.  Because plaintiff is housed in CDCR custody, the CDCR will email

4  plaintiff's certified financial information directly to the court.  However, plaintiff must still

5  provide a signed and dated application to proceed in forma pauperis.

6       In accordance with the above, IT IS HEREBY ORDERED that:

7       1.  Plaintiff shall submit, within thirty days from the date of this order, an application to

8  proceed in forma pauperis on the form provided by the Clerk of Court, or the required fees in the

9  amount of $400.00; plaintiff's failure to comply with this order will result in a recommendation

10  that this action be dismissed; and

11       2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

12  Forma Pauperis By a Prisoner.

13  Dated:  April 12, 2017

14

15  KENDALL J. NEWMAN
   UNITED STATES MAGISTRATE JUDGE

16

/part0694.3a

17

18

19

20

21

22

23

24

25

26

27

28