1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    GUSTAVO PARTIDA,                          No.  2:17-cv-0694 WBS KJN P

12                    Plaintiff,

13          v.                                  ORDER

14    ALEXANDER LIU, et al.,

15                    Defendants.

16

17          Plaintiff is a state prisoner proceeding pro se.  On August 11, 2017, the undersigned

18    dismissed this action without prejudice based on plaintiff's failure to timely submit an application

19    to proceed in forma pauperis or pay the court's filing fee, adopting the May 16, 2017 findings and

20    recommendations, and judgment was entered.  On August 24, 2017, plaintiff paid the filing fee,

21    and on September 8, 2017, plaintiff filed a copy of his trust account statement confirming

22    withdrawal of the fee from his inmate trust account.

23          Good cause appearing, IT IS HEREBY ORDERED that:

24          1.  The August 11, 2017 order and judgment (ECF Nos. 11, 12), and the underlying

25    findings and recommendations (ECF No. 8) are vacated;

26          2.  The Clerk of the Court shall reopen this action; and

27          3.  This action is remanded to the assigned magistrate judge for further proceedings.

28

                                                1

Dated:  October 31, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/part0694.vac