UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO C. PARTIDA, | No. 2:17-cv-0694 WBS KJN P |
| Plaintiff, | |
| v. | ORDER |
| ALEXANDER LIU, et al., | |
| Defendants. | |

On November 15, 2017, plaintiff's copy of the November 7, 2017 findings and recommendations was returned as undeliverable, marked "deceased." Because it appears that plaintiff is deceased, Senior Deputy Attorney General Monica Anderson is directed to serve the statement pursuant to Federal Rule of Civil Procedure 25(a)(3). DAG Anderson shall forthwith serve the statement noting death on any known next of kin, successors, or representatives of the deceased party Gustavo C. Partida, as provided in Rules 5 and 4 of the Federal Rules of Civil Procedure, respectively. See Fed. R. Civ. P. 25(a)(3); see also Barlow v. Ground, 39 F.3d 231, 233-34 (9th Cir. 1994).

Accordingly, IT IS HEREBY ORDERED that, within twenty-one days from the date of this order, Senior Deputy Attorney General Monica Anderson shall serve the statement noting

////

////

1

plaintiff's death pursuant to Federal Rule of Civil Procedure 25(a)(3), and shall file a certificate of service with the court.

Dated: November 29, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/part0694.dea